UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Lucian Thomas Baldwin III,<br>Plaintiff, | )<br>)<br>) |
| v. | )    Civil Action No. 2:15-cv-00162-GJQ-TPG<br>) |
| Lynn Marilla, et al.,<br>Defendants. | )<br>)<br>) |
| Lynn Marilla, et al.,<br>Counterclaim Plaintiffs, | )<br>)<br>) |
| v. | )<br>) |
| Lucian Thomas Baldwin III,<br>Counterclaim Defendant. | )<br>) |

## NOTICE OF FACILIATATIVE MEDIATION SESSION

Facilitative Mediation shall be conducted by Facilitative Mediator Steve Barney on February 6, 2017 at 1:00 p.m. at the United States Federal Courthouse, US District Court, 202 West Washington Street, Marquette, Michigan 49855.

                                                                                Respectfully submitted,
                                                             NUMINEN, DEFORGE & MATHIEU, P.C.

Dated: December 22, 2016                        /s/ Karl P. Numinen
                                                            Attorney for Plaintiff