IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

LUCIAN THOMAS BALDWIN, III,

    Plaintiff,

v

LYNN MILLER, GRANOT LOMA
CAMP, INC., and EAGLE ROCK
CAMP, INC. f/k/a GRANOT LOMA
CAMP, INC.

    Defendants,

_____/

LYNN MARILLA and EAGLE ROCK
CAMP, a South Carolina nonprofit
corporation,

    Counter-Plaintiffs,

v

LUCIAN THOMAS BALDWIN, III,

    Counter-Defendant.

File No. 2:15-CV-162

Hon. Gordon J. Quist

Mag. Judge: Timothy P. Greeley

## STIPULATION OF DISMISSAL

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the **<u>dismissal with prejudice</u>** of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

[Signature page follows]

FOR PLAINTIFF/COUNTER-DEFENDANT:

February 22, 2017

s/ _____
Numinen, DeForge & Mathieu, P.C.
105 Meeske Avenue
Marquette, MI 49855
906-226-2580
karl@numinenlaw.com
P46074

FOR DEFENDANTS/COUNTER-PLAINTIFFS:

February 22, 2017

s/ David J. Williams
Grua, Tupper & Young, PLC
2401 E. Grand River Ave.
Lansing, MI 48912
517-487-8300
williams@wedolawinlansing.com
P76932